UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 22-20293 GLT |
| | ) | |
| Margie M. Horner, | ) | Chapter 7 |
| | ) | |
|    Debtor. | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., | ) | Related to Document Nos. 33 & 34 |
| | ) | |
|    Trustee/Movant, | ) | Hearing Date and Time: January 20, 2023, at 10:00 a.m. |
| | ) | |
| vs. | ) | |
| | ) | |
| Margie M. Horner, | ) | |
| | ) | |
|    Debtor/Respondent. | ) | |

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S MOTION TO APPROVE SETTLEMENT
OF THE EXEMPTION OF DEBTOR'S ASSETS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion to Approve Settlement filed on December 12, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion to Approve Settlement appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Motion to Approve Settlement were to be filed and served no later than December 29, 2022.

It is hereby respectfully requested that the Order attached to the Trustee's Motion to Approve Settlement be entered by the Court.

ZEBLEY MEHALOV & WHITE, P.C.

Dated: December 30, 2022

By: /s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr.
PA I.D. No. 28980
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com