| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Margie M Horner**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0513<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   22–20293–GLT | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Margie M Horner

<u>1/12/23</u>                                                            **By the court:**  <u>Gregory L Taddonio</u>
                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-20293-GLT
Margie M Horner  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Jan 12, 2023      Form ID: 318      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margie M Horner, 117 Dixon Street, Latrobe, PA 15650-5252 |
| 15455761 | + | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 13 2023 04:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 13 2023 04:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2023 00:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Jan 13 2023 04:59:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 13 2023 00:01:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15455750 | + | EDI: GMACFS.COM | Jan 13 2023 04:59:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15455751 | + | EDI: PHINAMERI.COM | Jan 13 2023 04:59:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15455753 | + | EDI: BANKAMER.COM | Jan 13 2023 04:59:00 | Bank Of America, 1800 TAPO CANYON, Simi Valley, CA 93063-6712 |
| 15455752 | + | EDI: BANKAMER.COM | Jan 13 2023 04:59:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15455755 | + | EDI: CAPITALONE.COM | Jan 13 2023 04:59:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15497906 | | EDI: CAPITALONE.COM | Jan 13 2023 04:59:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

Case 22-20293-GLT   Doc 39   Filed 01/14/23   Entered 01/15/23 00:25:49   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 318 | Total Noticed: 38 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 15455756 | + EDI: CITICORP.COM | Jan 13 2023 04:59:00 | 28272-1083<br>Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15497074 | EDI: CITICORP.COM | Jan 13 2023 04:59:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15455757 | + EDI: WFNNB.COM | Jan 13 2023 04:59:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15455758 | EDI: DIRECTV.COM | Jan 13 2023 04:59:00 | DIRECTV, P.O. Box 78626, Phoenix, AZ 85062 |
| 15494152 | EDI: DIRECTV.COM | Jan 13 2023 04:59:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15494683 | EDI: DISCOVER.COM | Jan 13 2023 04:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15455759 | + EDI: DISCOVER.COM | Jan 13 2023 04:59:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15455760 | Email/Text: operationsclerk@easypayfinance.com | Jan 13 2023 00:01:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 15455762 | + Email/Text: SAABankruptcy@fcbanking.com | Jan 13 2023 00:01:00 | First Commonwealth Bank, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15455764 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 13 2023 00:01:00 | Hyundai Motor Finance, 10550 Talbert Av, Fountain Valley, CA 92708 |
| 15455763 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 13 2023 00:01:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15511638 | EDI: JEFFERSONCAP.COM | Jan 13 2023 04:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15455765 | + Email/Text: EBNBKNOT@ford.com | Jan 13 2023 00:01:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 15455754 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 13 2023 00:01:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15509408 | EDI: Q3G.COM | Jan 13 2023 04:59:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15509945 | + EDI: RMSC.COM | Jan 13 2023 04:59:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15456097 | + EDI: RMSC.COM | Jan 13 2023 04:59:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15455766 | + EDI: RMSC.COM | Jan 13 2023 04:59:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15455767 | + EDI: RMSC.COM | Jan 13 2023 04:59:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15455768 | + EDI: RMSC.COM | Jan 13 2023 04:59:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15455769 | + EDI: RMSC.COM | Jan 13 2023 04:59:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15497000 | + EDI: CBSTDR | Jan 13 2023 04:59:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15510133 | EDI: BANKAMER.COM | Jan 13 2023 04:59:00 | THE BANK OF NEW YORK MELLON, c/o Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 15503251 | EDI: BANKAMER.COM | Jan 13 2023 04:59:00 | The Bank of New York Mellon, at. el, c/o Bank of |

Case 22-20293-GLT    Doc 39    Filed 01/14/23    Entered 01/15/23 00:25:49    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 12, 2023 | Form ID: 318 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| 15507521 | | EDI: AIS.COM | Jan 13 2023 04:59:00 | America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| | | | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15455771 | + | EDI: VERIZONCOMB.COM | Jan 13 2023 04:59:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| 15462386 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15462387 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15462389 | *+ | Bank Of America, 1800 TAPO CANYON, Simi Valley, CA 93063-6712 |
| 15462388 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15462391 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15462392 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15462393 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15462394 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, DIRECTV, P.O. Box 78626, Phoenix, AZ 85062 |
| 15462395 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15462396 | *P++ | EASYPAY FINANCE, PO BOX 2549, CARLSBAD CA 92018-2549, address filed with court:, Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 15462397 | *+ | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |
| 15462398 | *+ | First Commonwealth Bank, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15462400 | *P++ | HYUNDAI MOTOR FINANCE COMPANY, PO BOX 20809, FOUNTAIN VALLEY CA 92728-0809, address filed with court:, Hyundai Motor Finance, 10550 Talbert Av, Fountain Valley, CA 92708 |
| 15462399 | *+ | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15462390 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15462401 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15462402 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15462403 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15462404 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15462405 | *+ | Tdrcs/furniture First, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 15462406 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 15455770 | ##+ | Tdrcs/furniture First, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 2 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2023          Signature:     /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jan 12, 2023 | Form ID: 318 | Total Noticed: 38

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor THE BANK OF NEW YORK MELLON birace@milsteadlaw.com  bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley  Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Lawrence W. Willis | on behalf of Debtor Margie M Horner ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor THE BANK OF NEW YORK MELLON ldoyle@logs.com  diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Marisa Myers Cohen | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 9