# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>HORNER, MARGIE M,<br>    Debtor<br><br>Charles O. Zebley, Jr., Trustee,<br>    Movant,<br><br>v.<br><br>No Respondent. | § Case No. 22-20293-GLT<br>§<br>§ Chapter 7<br>§<br>§ Document No. |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>Charles O. Zebley, Jr.</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    OFFICE OF COURT CLERK
    U.S. BANKRUPTCY COURT
    5414 U.S. STEEL TOWER
    600 GRANT STREET
    PITTSBURGH, PA 15219

**UST Form 101-7-NFR (10/1/2010)**

Any written objections must be filed with the court and served on the Applicant on or before April 28, 2023, twenty four (24) days from the date of this notice plus an additional three (3) days if served by mail.  Copies of the application are available from the applicant.

If you fail to timely file and serve a written response, an order granting the proposed distribution may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

An in-person hearing will be held on May 18, 2023, at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform.

Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

Parties who fail to timely register for remote participation will be expected to attend the hearing in person

Date Mailed:  04/04/2023          By:  /s/Charles O. Zebley, Jr.
                                                 Trustee

Charles O. Zebley, Jr.
18 Mill Street Square
P.O. Box 2124
Uniontown, PA  15401
(724) 439-9200

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>HORNER, MARGIE M,<br>    Debtor<br><br>Charles O. Zebley, Jr., Trustee,<br>    Movant,<br><br>       v.<br><br>No Respondent. | §<br>§<br>§<br>§<br>§ | Case No. 22-20293-GLT<br>Chapter 7<br>Document No. |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|   |   |
|---|---|
| *The Final Report shows receipts of* | $ 7,500.00 |
| *and approved disbursements of* | $ 82.00 |
| *leaving a balance on hand of* [1] | $ 7,418.00 |
| **Balance on hand:** | $ 7,418.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Bank of America N.A. | 62,848.18 | 0.00 | 0.00 | 0.00 |
| 10 | Bank of America NA | 9,687.09 | 0.00 | 0.00 | 0.00 |

|   |   |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,418.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Charles O. Zebley, Jr. | 1,500.00 | 0.00 | 1,500.00 |
| Trustee, Expenses - Charles O. Zebley, Jr. | 24.75 | 0.00 | 24.75 |
| Attorney for Trustee, Fees - Charles O. Zebley, Jr., Esquire | 315.00 | 0.00 | 315.00 |
| Attorney for Trustee, Expenses - Charles O. Zebley, Jr., Esquire | 38.40 | 0.00 | 38.40 |

|   |   |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,878.15 |
| Remaining balance: | $ 5,539.85 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,539.85

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,539.85

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,654.38 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DIRECTV LLC by American InfoSource as agent | 77.50 | 0.00 | 18.16 |
| 2 | Discover Bank Discover Products, Inc | 3,936.49 | 0.00 | 921.92 |
| 3 | TD Retail Card Services | 2,009.49 | 0.00 | 470.62 |
| 4 | Citibank, N.A. | 3,876.83 | 0.00 | 907.95 |
| 5 | Capital One Bank (USA) N.A. by American InfoSource as agent | 1,194.93 | 0.00 | 279.85 |
| 7 | Verizon by American InfoSource as agent | 107.20 | 0.00 | 25.11 |
| 8 | Quantum3 Group LLC as agent for Comenity Capital Bank | 2,126.21 | 0.00 | 497.96 |
| 9 | Synchrony Bank | 2,357.35 | 0.00 | 552.09 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Jefferson Capital Systems LLC | 2,725.81 | 0.00 | 638.38 |
| 12 | Jefferson Capital Systems LLC | 1,984.55 | 0.00 | 464.78 |
| 13 | Jefferson Capital Systems LLC | 3,258.02 | 0.00 | 763.03 |

Total to be paid for timely general unsecured claims: $     5,539.85
Remaining balance: $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $     0.00
Remaining balance: $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance: $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Charles O. Zebley, Jr.
_____
Trustee

Charles O. Zebley, Jr.
18 Mill Street Square
P.O. Box 2124
Uniontown, PA  15401
(724) 439-9200

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Margie M Horner  
    Debtor

Case No. 22-20293-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Apr 04, 2023      Form ID: pdf900      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margie M Horner, 117 Dixon Street, Latrobe, PA 15650-5252 |
| 15455761 | + | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 04 2023 23:45:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 04 2023 23:35:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15455750 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 04 2023 23:35:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15455751 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 04 2023 23:35:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15455753 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2023 23:35:00 | Bank Of America, 1800 TAPO CANYON, Simi Valley, CA 93063-6712 |
| 15455752 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2023 23:35:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15455755 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2023 23:45:12 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15497906 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 04 2023 23:45:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15455756 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2023 23:45:03 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15497074 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 04 2023 23:45:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15455757 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 04 2023 23:35:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15455758 | | Email/Text: G06041@att.com | Apr 04 2023 23:35:00 | DIRECTV, P.O. Box 78626, Phoenix, AZ 85062 |
| 15494152 | | Email/Text: G06041@att.com | Apr 04 2023 23:35:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 15494683 | | Email/Text: mrdiscen@discover.com | Apr 04 2023 23:35:00 | Discover Bank, Discover Products Inc, PO Box |

Case 22-20293-GLT    Doc 47    Filed 04/06/23    Entered 04/07/23 00:24:29    Desc Imaged
Certificate of Notice    Page 8 of 10

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 36 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 15455759 | + | Email/Text: mrdiscen@discover.com | Apr 04 2023 23:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15455760 | | Email/Text: operationsclerk@easypayfinance.com | Apr 04 2023 23:35:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 15455762 | + | Email/Text: SAABankruptcy@fcbanking.com | Apr 04 2023 23:35:00 | First Commonwealth Bank, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15455764 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 04 2023 23:35:00 | Hyundai Motor Finance, 10550 Talbert Av, Fountain Valley, CA 92708 |
| 15455763 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 04 2023 23:35:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15511638 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 04 2023 23:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15455765 | + | Email/Text: EBNBKNOT@ford.com | Apr 04 2023 23:35:00 | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 15455754 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2023 23:35:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15509408 | | Email/Text: bnc-quantum@quantum3group.com | Apr 04 2023 23:35:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15509945 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2023 23:45:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15456097 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2023 23:45:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15455766 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2023 23:45:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15455767 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2023 23:45:07 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15455768 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2023 23:45:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15455769 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 04 2023 23:45:07 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15497000 | + | Email/Text: tdebn@credbankserv.com | Apr 04 2023 23:35:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15510133 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2023 23:35:00 | THE BANK OF NEW YORK MELLON, c/o Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 15503251 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 04 2023 23:35:00 | The Bank of New York Mellon, at. el, c/o Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 15507521 | | Email/PDF: ebn_ais@aisinfo.com | Apr 04 2023 23:45:08 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15455771 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 04 2023 23:35:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| 15462386 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15462387 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15462389 | *+ | Bank Of America, 1800 TAPO CANYON, Simi Valley, CA 93063-6712 |
| 15462388 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15462391 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15462392 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15462393 | *+ | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15462394 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, DIRECTV, P.O. Box 78626, Phoenix, AZ 85062 |
| 15462395 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15462396 | *P++ | EASYPAY FINANCE, PO BOX 2549, CARLSBAD CA 92018-2549, address filed with court:, Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 15462397 | *+ | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |
| 15462398 | *+ | First Commonwealth Bank, 22 North Sixth St, Indiana, PA 15701-1802 |
| 15462400 | *P++ | HYUNDAI MOTOR FINANCE COMPANY, PO BOX 20809, FOUNTAIN VALLEY CA 92728-0809, address filed with court:, Hyundai Motor Finance, 10550 Talbert Av, Fountain Valley, CA 92708 |
| 15462399 | *+ | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15462390 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 15462401 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15462402 | *+ | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15462403 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15462404 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15462405 | *+ | Tdrcs/furniture First, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 15462406 | *+ | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 15455770 | ##+ | Tdrcs/furniture First, Attn: Bankruptcy, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 2 Undeliverable, 21 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bernadette Irace | on behalf of Creditor THE BANK OF NEW YORK MELLON birace@milsteadlaw.com bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 36 |

Lawrence W. Willis
    on behalf of Debtor Margie M Horner ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lorraine Gazzara Doyle
    on behalf of Creditor THE BANK OF NEW YORK MELLON ldoyle@logs.com logsecf@logs.com

Marisa Myers Cohen
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOM ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 9