**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re: HORNER, MARGIE M § Case No. 22-20293-GLT
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Charles O. Zebley, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $143,731.00
*(without deducting any secured claims)*

Assets Exempt: $114,154.00

Total Distribution to Claimants: $5,539.85

Claims Discharged Without Payment: $18,114.53

Total Expenses of Administration: $1,960.15

3) Total gross receipts of $ 7,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $126,277.00 | $72,535.27 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,960.15 | 1,960.15 | 1,960.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 30,983.00 | 31,186.38 | 23,654.38 | 5,539.85 |
| **TOTAL DISBURSEMENTS** | $157,260.00 | $105,681.80 | $25,614.53 | $7,500.00 |

4) This case was originally filed under Chapter 7 on February 18, 2022. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/18/2024 By: /s/Charles O. Zebley, Jr.
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 117 Dixon Street, Latrobe, PA 15650 | 1110-000 | 7,500.00 |
| **TOTAL GROSS RECEIPTS** | | $7,500.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Bank of America N.A. | 4110-000 | 64,063.00 | 62,848.18 | 0.00 | 0.00 |
| 10 | Bank of America NA | 4110-000 | 9,930.00 | 9,687.09 | 0.00 | 0.00 |
| NOTFILED | Hyundai Motor Finance | 4110-000 | 26,914.00 | N/A | N/A | 0.00 |
| NOTFILED | Hyundai Motor Finance | 4110-000 | 25,370.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial/Bankruptcy | 4210-000 | N/A | | 0.00 | 0.00 |
| NOTFILED | 2020 HYUNDAI TUSCON | 4210-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 2020 Hyundai Tuscon | 4210-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $126,277.00 | $72,535.27 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Charles O. Zebley, Jr. | 2100-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Trustee Expenses - Charles O. Zebley, Jr. | 2200-000 | N/A | 24.75 | 24.75 | 24.75 |
| Attorney for Trustee Expenses (Trustee Firm) - Charles O. Zebley, Jr., Esquire | 3120-000 | N/A | 38.40 | 38.40 | 38.40 |
| Attorney for Trustee Fees (Trustee Firm) - Charles O. Zebley, Jr., Esquire | 3110-000 | N/A | 315.00 | 315.00 | 315.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 13.21 | 13.21 | 13.21 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 11.99 | 11.99 | 11.99 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 11.57 | 11.57 | 11.57 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 12.75 | 12.75 | 12.75 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 11.93 | 11.93 | 11.93 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 2.85 | 2.85 | 2.85 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 12.70 | 12.70 | 12.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,960.15 | $1,960.15 | $1,960.15 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DIRECTV LLC by American InfoSource as agent | 7100-000 | 0.00 | 77.50 | 77.50 | 18.16 |
| 2 | Discover Bank Discover Products, Inc | 7100-000 | 3,936.00 | 3,936.49 | 3,936.49 | 921.92 |
| 3 | TD Retail Card Services | 7100-000 | 1,969.00 | 2,009.49 | 2,009.49 | 470.62 |
| 4 | Citibank, N.A. | 7100-000 | 3,876.00 | 3,876.83 | 3,876.83 | 907.95 |
| 5 | Capital One Bank (USA) N.A. by American InfoSource as | 7100-000 | 1,194.00 | 1,194.93 | 1,194.93 | 279.85 |
| 7 | Verizon by American InfoSource as agent | 7100-000 | 109.00 | 107.20 | 107.20 | 25.11 |
| 8 | Quantum3 Group LLC as agent for Comenity Capital Bank | 7100-000 | 2,043.00 | 2,126.21 | 2,126.21 | 497.96 |
| 9 | Synchrony Bank | 7100-000 | 2,357.00 | 2,357.35 | 2,357.35 | 552.09 |
| 11 | Jefferson Capital Systems LLC | 7100-000 | 2,725.00 | 2,725.81 | 2,725.81 | 638.38 |
| 12 | Jefferson Capital Systems LLC | 7100-000 | 1,984.00 | 1,984.55 | 1,984.55 | 464.78 |
| 13 | Jefferson Capital Systems LLC | 7100-000 | 3,258.00 | 3,258.02 | 3,258.02 | 763.03 |
| NOTFIL | Discover Financial | 7100-000 | 7,532.00 | 7,532.00 | 0.00 | 0.00 |
| NOTFILED | Hyundai Motor Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Commonwealth Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Excela Health | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BBVA Compass | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | AmeriCredit/GM Financial | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Hyundai Motor Finance | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Excela Health | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | First Commonwealth Bank | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Easy Pay/Duvera Collections | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Easy Pay/Duvera Collections | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BBVA Compass | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AmeriCredit/GM Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $30,983.00 | $31,186.38 | $23,654.38 | $5,539.85 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-20293-GLT
**Case Name:** HORNER, MARGIE M
**Period Ending:** 01/18/24

**Trustee:** (580740) Charles O. Zebley, Jr.
**Filed (f) or Converted (c):** 02/18/22 (f)
**§341(a) Meeting Date:** 05/06/22
**Claims Bar Date:** 09/05/22

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 117 Dixon Street, Latrobe, PA 15650 | 92,916.00 | 0.00 | | 7,500.00 | FA |
| 2 | 2020 Hyundia Tuscon | 24,250.00 | 0.00 | | 0.00 | FA |
| 3 | 2020 Hyundai Tuscon | 24,250.00 | 0.00 | | 0.00 | FA |
| 4 | Various Household Goods & Furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous Electronics | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing Location: 117 Dixon Street, Latrobe PA | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 8 | 2 Dogs & 1 Cat | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 31.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: PNC | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | 401 (k): Old Republic Insurance Co. | 90,000.00 | 0.00 | | 0.00 | FA |
| 12 | Term Life Insurance Thorugh Employer: Children | 0.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets Totals** (Excluding unknown values) | **$236,647.00** | **$0.00** | | **$7,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee collected the unexempt amount. He will review claims and then file a TFR.

**Initial Projected Date Of Final Report (TFR):** December 31, 2024 **Current Projected Date Of Final Report (TFR):** February 22, 2023 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 22-20293-GLT
**Case Name:** HORNER, MARGIE M

**Taxpayer ID #:** **-***5773
**Period Ending:** 01/18/24

**Trustee:** Charles O. Zebley, Jr. (580740)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******8985 - Checking Account
**Blanket Bond:** $10,301,556.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/22 | {1} | Marigie Horner | Payment of unexempt equity in real estate | 1110-000 | 7,500.00 | | 7,500.00 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 7,495.00 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 13.21 | 7,481.79 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.99 | 7,469.80 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.57 | 7,458.23 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.75 | 7,445.48 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.93 | 7,433.55 |
| 01/27/23 | 101 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2023 FOR CASE #22-20293, Bond No. 016026363 | 2300-000 | | 2.85 | 7,430.70 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 12.70 | 7,418.00 |
| 05/24/23 | 102 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $1,500.00, Trustee Compensation; Reference: | 2100-000 | | 1,500.00 | 5,918.00 |
| 05/24/23 | 103 | Charles O. Zebley, Jr. | Dividend paid 100.00% on $24.75, Trustee Expenses; Reference: | 2200-000 | | 24.75 | 5,893.25 |
| 05/24/23 | 104 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $38.40, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 38.40 | 5,854.85 |
| 05/24/23 | 105 | Charles O. Zebley, Jr., Esquire | Dividend paid 100.00% on $315.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 315.00 | 5,539.85 |
| 05/24/23 | 106 | DIRECTV LLC by American InfoSource as agent | Claim No. 1; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 18.16 | 5,521.69 |
| 05/24/23 | 107 | Discover Bank Discover Products, Inc | Claim No. 2; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 921.92 | 4,599.77 |
| 05/24/23 | 108 | TD Retail Card Services | Claim No. 3; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 470.62 | 4,129.15 |
| 05/24/23 | 109 | Citibank, N.A. | Claim No. 4; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 907.95 | 3,221.20 |
| 05/24/23 | 110 | Capital One Bank (USA) N.A. by American InfoSource as agent | Claim No. 5; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 279.85 | 2,941.35 |
| 05/24/23 | 111 | Verizon by American InfoSource as agent | Claim No. 7; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 25.11 | 2,916.24 |
| 05/24/23 | 112 | Quantum3 Group LLC as agent for Comenity Capital Bank | Claim No. 8; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 497.96 | 2,418.28 |
| 05/24/23 | 113 | Synchrony Bank | Claim No. 9; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 552.09 | 1,866.19 |
| 05/24/23 | 114 | Jefferson Capital Systems LLC | Claim No. 11; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 638.38 | 1,227.81 |
| 05/24/23 | 115 | Jefferson Capital Systems LLC | Claim No. 12; Your Account/Ref # ; Dividend | 7100-000 | | 464.78 | 763.03 |
| | | | Subtotals : | | $7,500.00 | $6,736.97 | |

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 22-20293-GLT
**Case Name:** HORNER, MARGIE M

**Taxpayer ID #:** **-***5773
**Period Ending:** 01/18/24

**Trustee:** Charles O. Zebley, Jr. (580740)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******8985 - Checking Account
**Blanket Bond:** $10,301,556.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | paid on the Claim Amount Allowed | | | | |
| 05/24/23 | 116 | Jefferson Capital Systems LLC | Claim No. 13; Your Account/Ref # ; Dividend paid on the Claim Amount Allowed | 7100-000 | | 763.03 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **7,500.00** | **7,500.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **7,500.00** | **7,500.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,500.00** | **$7,500.00** | |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******8985** | **7,500.00** | **7,500.00** | **0.00** |
| | **$7,500.00** | **$7,500.00** | **$0.00** |